**FILED**
02/10/22

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____YL_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v<br><br>BYRON YOBEL GALDAMEZ-LOPEZ<br><br>Defendant. | Case No: **4:22-CR-00082**<br><br>**INDICTMENT**<br><br>COUNT 1: 8 U.S.C. § 1326(a)<br>Illegal Re-entry into the United States |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[8 U.S.C. § 1326(a)]

That on or about January 14, 2022, in the Western District of Texas, Defendant,

**BYRON YOBEL GALDAMEZ-LOPEZ,**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about December 2, 2019, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: *[signature] David Dunovha for*
_____
LANCE KENNEDY
ASSISTANT UNITED STATES ATTORNEY